# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 3, 2018

158818

DARRYL MCGORE,
        Plaintiff-Appellant,

v

BARAGA CORRECTIONAL FACILITY
WARDEN,
        Defendant-Appellee.

_____/

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 158818
COA: 345498
Baraga CC: 18-006846-CZ

      On order of the Chief Justice, because plaintiff-appellant failed to timely acknowledge his obligation to pay the filing fee as required by the order of December 11, 2018, the Clerk of the Court is hereby directed to administratively dismiss the application and close the file.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 3, 2019



Clerk